UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TALITHA HARRIS,<br><br>    Plaintiff,<br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>    Defendant. | Case No.  2:19-cv-02082-CSB-EIL<br><br>Honorable Judge Colin S. Bruce |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff , TALITHA HARRIS, and the Defendant, DIRECT ENERGY SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against, DIRECT ENERGY SERVICES, LLC , pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 16, 2019                                                  Respectfully Submitted,

**TALITHA HARRIS**                                                              **DIRECT ENERGY SERVICES, LLC**

/s/ Nathan C. Volheim                                                          /s/ William B. Thomas (*with consent*)
Nathan C. Volheim                                                              William B. Thomas
*Counsel for Plaintiff*                                                              *Counsel for Defendant*
Sulaiman Law Group, LTD                                                  McDowell Hetherington, LLP
2500 S. Highland Avenue, Suite 200                                 1001 Fannin Street, Suite 2700
Lombard, Illinois 60148                                                        Houston, TX 77002
Phone: (630) 575-8181                                                         Phone: (713) 337-5580
Fax :(630) 575-8188                                                             william.thomas@mhllp.com
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
